**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WEBB, | No. C 11-00472 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

This matter came before the Court on June 3, 2011 for a Case Management Conference. Plaintiff Anthony Webb did not appear. Plaintiff is directed to appear before the Court on June 16, 2011 at 8:30 a.m. in Courtroom 6 and SHOW CAUSE why this matter should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 3, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\472\Order to Show Cause.wpd