IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL,<br><br>    Defendants.<br>_____/ | No. C 11-00476 CRB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

    This Cause came before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment, filed on October 20, 2011. Plaintiff's Motion is GRANTED IN PART.

    The briefing schedule and hearing on Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication (dkt. 65) is modified as follow:

| | |
|---|---|
| Plaintiff's Opposition: | **November 10, 2011** |
| Defendants' Reply: | **November 23, 2011** |
| Hearing: | **December 9, 2011 at 10:00 a.m.** |

**IT IS SO ORDERED.**

Dated: October 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\476\Order re extension of time.wpd