**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY WEBB,

      Plaintiff,

  v.

CITY AND COUNTY OF SAN
FRANCISCO ET. AL.,

      Defendants.

_____/

No. C 11-00472 CRB

**JUDGMENT**

    Having granted Defendants' Motion for Judgment on the Pleadings, dkt. 37, the Court

hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**


Dated: December 12, 2011                  CHARLES  R. BREYER
                                     UNITED STATES DISTRICT JUDGE