IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY WEBB,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO ET. AL.,

    Defendants.

No. C 11-00472 CRB

**JUDGMENT**

    Having granted Defendants' Motion for Judgment on the Pleadings, dkt. 37, the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 12, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\472\Judgment.wpd